UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WALI SHIRZAY, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 10-11661-JLT |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

ORDER

February 6, 2012

TAURO, J.

After considering the Report and Recommendation [#20] of Magistrate Judge Boal, and noting that Defendant has not filed any objection, this court hereby ACCEPTS and ADOPTS the Report and Recommendation [#20] for the reasons set forth therein.  Accordingly, Defendant's Motion for Order Affirming Decision of Commissioner [#18] is DENIED.   Plaintiff's Motion for Order Reversing Decision of Commissioner [#15] is DENIED WITHOUT PREJUDICE, and this case is REMANDED to the commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further findings and/or proceedings consistent with Magistrate Judge Boal's Report and Recommendation.

IT IS SO ORDERED.

                                                           /s/ Joseph L. Tauro
                                                     United States District Judge